# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

May 29, 2020

BY ECF
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007



Re: *United States v Padilla,* 18 Cr. 454 (KPF)

Your Honor:

      I represented Jonathan Padilla during the course of the proceedings in the referenced case, culminating in his guilty plea and sentencing in 2019. Yesterday, the clerk docketed a *pro se* submission, in which Mr. Padilla requested compassionate release pursuant to 18 U.S.C. § 3582(c). Because I have not had the opportunity to confer with Mr. Padilla regarding this application, I request two weeks from today ⎯ June 12, 2020 ⎯ to contact him, learn whether he would like me to assist him in this matter, request certain pertinent information, and potentially file a supplemental letter.

      Respectfully submitted,

      _____s/s_____
      James E. Neuman

Application GRANTED.  Defendant's counsel is directed to file a letter with the Court on or before June 12, 2020, either supplementing Defendant's motion for compassionate release or advising the Court that he will not be filing a supplementary submission.

Dated:      May 29, 2020            SO ORDERED.
            New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE