UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | 18 Cr. 454 (KPF) |
| JONATHAN PADILLA, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's May 28, 2020 motion for compassionate release (Dkt. #244), and his counsel's June 12, 2020 supplemental submission in support of that motion (Dkt. #256). The Government shall file its response papers on or before June 19, 2020. Defendant may file a reply in further support of his motion on or before June 26, 2020.

SO ORDERED.

Dated:  June 12, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge