# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 2, 2020

**MEMO ENDORSED**

BY ECF
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v Padilla,* 18 Cr. 454 (KPF)

Your Honor:

    As you will recall, I recently filed a memorandum and letter in support of Mr. Padilla's motion for compassionate relief. I have been informed by the CJA clerks that CJA attorneys in this district must be re-appointed in order to be compensated for these types of motions. Accordingly, I ask that this Court re-appoint me, *nunc pro tunc,* to May 28, 2020, for the purpose of representing Mr. Padilla on his compassionate release motion.

    Respectfully submitted,

    s/s
James E. Neuman

Application GRANTED.

Dated:    July 6, 2020
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE