UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JONATHAN PADILLA,

Defendant.

18 Cr. 454 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On March 18, 2022, the Court received Defendant Jonathan Padilla's motion to compel the Bureau of Prisons to recalculate his good time credits pursuant to the First Step Act of 2018.  (Dkt. #369).  It is the Court's understanding that Defendant believes he has been wrongfully deemed ineligible for earning good time credits.

The Government is hereby ORDERED to file a response to Defendant's submission regarding his entitlement to a recalculation of good time credits on or before April 15, 2022.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the following address:

Jonathan Padilla
Reg. # 85969-054
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

SO ORDERED.

Dated:   March 23, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge