**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re:    *United States v. Jonathan Padilla*, 18 Cr. 454 (KPF)

Dear Judge Failla:

The parties are currently scheduled to appear before the Court later today at 4:00 p.m. Last week, Probation Officer Amber Wilton provided to Chambers and parties updated information regarding the defendant's status and ongoing treatment. Based on that information, the parties respectfully request that today's appearance be adjourned approximately 60 days.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Frank J. Balsamello
Assistant United States Attorney
(212) 637-2325

cc:    James Roth, Esq., counsel for the defendant (by ECF)

Application GRANTED. The status conference scheduled for July 16, 2024, is hereby ADJOURNED to **September 12, 2024,** at **11:00 a.m.** The conference will take place in person, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 383.

Dated:    July 16, 2024          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE