UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

JONATHAN PADILLA,

Defendant.

---

18 Cr. 454 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Due to a conflict in the Court's calendar, and based on the Court's correspondence with the parties, the status conference currently scheduled for September 12, 2024, is hereby ADJOURNED to **October 16, 2024**, at **12:00 p.m.** The conference will take place in person, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: September 11, 2024
New York, New York

KATHERINE POLK FAILLA
United States District Judge