UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                              :  18 Cr. 454 (KPF)
             v.                                               :
                                                              :  ORDER
                                                              :
JONATHAN PADILLA,                                             :
                                                              :
                      Defendant.                              :
------------------------------------------------------------- :
                                                              X

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that the defendant, Jonathan Padilla, USM #85969-054, is hereby remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated:    December 10, 2024
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge