## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240

December 14, 2024

**MEMO ENDORSED**

BY ECF

Honorable Katherine Polk Failla  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: US v. Padilla 18 CR 454-06(KPF)

Dear Judge Failla,

    I write to request, that Your Honor endorse this letter appointing me to represent Mr. Padilla pursuant to CJA *nunc pro tunc* June 12, 2024 the date that I first appeared in this matter.

Very truly yours,

s/ James Roth

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 394.

Dated:   December 16, 2024              SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE