UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JONATHAN PADILLA,<br><br>Defendant. | 18 Cr. 454 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

WHEREAS the U.S. Marshals Service notified the Court that Mr. Padilla was arrested on October 9, 2025.

It is hereby ORDERED that the parties appear for a presentment and initial conference on **October 10, 2025** at **11:45 a.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court will also address the application for appointment of new counsel. *See* ECF No. 413.

SO ORDERED.

Dated: October 9, 2025
       New York, New York

*[signature]*
JENNIFER H. REARDEN
United States District Judge