UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -v.-<br><br>JONATHAN PADILLA<br><br>              Defendant. | 18 Cr. 454 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      For the reasons stated on the record, Defendant Jonathan Padilla is remanded to the custody of the United States Marshal.

      SO ORDERED.

Dated: October 10, 2025
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge