UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JONATHAN PADILLA,<br><br>　　　　　　　　　Defendant. | 18 Cr. 454 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

　　　As stated on the record on October 10, 2025, the application to appoint new counsel filed by the C.J.A. attorney assigned to this case, James Roth, *see* ECF No. 413, and joined by Defendant Padilla, is GRANTED. Representation of Defendant is now assigned to Raymond Gazer.

　　　The Clerk of Court is directed to terminate ECF No. 413.

　　　SO ORDERED.

Dated: October 15, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge