UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JONATHAN PADILLA,<br><div align="center">Defendant.</div> | 18 Cr. 454 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

WHEREAS, Defendant Jonathan Padilla's iPhone was seized during his arrest on October 9, 2025; and

WHEREAS, on November 6, 2025, the Southern District of New York Probation Office ("Probation") requested, via email, an Order authorizing the temporary transfer of Defendant's iPhone to the Digital Forensic Unit of the United States Attorney's Office for the Southern District of New York for the purpose of extracting information; and

WHEREAS, Defendant takes no position on the request; it is hereby

ORDERED that Probation is authorized to temporarily transfer Defendant's iPhone to the custody of the Digital Forensic Unit of the United States Attorney's Office for the Southern District of New York.  Following the anticipated extraction of the device, the Digital Forensic Unit shall transfer the iPhone back to the custody of Probation.

SO ORDERED.

Dated: November 7, 2025
       New York, New York

<div align="right">
_____<br>
JENNIFER H. REARDEN<br>
United States District Judge
</div>