# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527·REGazer@gmail.com

**Raymond Elvis Gazer, Esq.**

**Via Electronic Court Filing**
Honorable Jennifer H. Rearden
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 11th, 2025

Re: United States of America versus Jonathan Padilla

18-Cr.-00454 (JHR)

Your Honor,

    I write to respectfully request a one-month adjournment of the Violation of Supervised Release hearing in this matter, which is currently scheduled for Tuesday, November 18th. Such an adjournment would allow my ability to obtain records and other materials which will assist in mitigation, as I anticipate a resolution short of a hearing. Both the Government and Probation have no objection to this request.

    If this request is granted, the parties would, of course, defer to the Court's schedule, but I would note that Probation Officer Blackford has requested that it be adjourned to a date before December 16th, and I would respectfully request a Tuesday, as I am currently on trial in State Supreme Court and will be through the new year, but the trial does not meet on that day.

---

**Application GRANTED.** The hearing scheduled for **November 18, 2025** is adjourned to **December 2, 2025** at **2:30 p.m.**

The Clerk of Court is directed to terminate ECF No. 424.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: November 13, 2025

							Respectfully submitted,

							*Raymond Elvis Gazer*
							Raymond Elvis Gazer, Esq.

CC:		The Government
		Probation
		*Via ECF*