# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.

_____

**_Via Electronic Court Filing_**
Honorable Jennifer H. Rearden
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.  Defendant shall file his letter as early as possible this evening.

The Clerk of Court is directed to terminate ECF No. 435.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: January 5, 2026

January 5th, 2026

      Re:  United States of America versus Jonathan Padilla

         18-Cr.-00454 (JHR)

Your Honor,

    In accordance with the Court's directive, I had prepared a letter to aid the Court in sentencing Mr. Padilla, and it was my intention to submit it by the 12:00 p.m. deadline.  However, the laptop which I brought to the courthouse in the Bronx, where I am currently on trial, malfunctioned, and I am unable to submit it by the deadline.  I would respectfully ask the Court to allow me to submit it this evening when I return to my office. I apologize for the inconvenience that this delay may cause.

                Respectfully submitted,

                Raymond Elvis Gazer, Esq.

CC:      The Government

Probation
*Via ECF*